**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Oakley, Inc.

                     Plaintiff,

v.                              Case No.: 1:21–cv–03836

                              Honorable Sharon Johnson
                              Coleman

The Partnerships and Unincorporated
Associations Identified on Schedule "A"

                     Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 24, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone motion hearing held on 8/24/2021. Defendants did not appear nor contact the Court. Plaintiff's motion for entry of preliminary injunction [35] and motion to strike defendant 9;s response in opposition of plaintiff's motion for preliminary injunction [39] is entered and continued to 8/26/2021 at 10:00 AM by telephone conference. The call–in number is (877)336–1829 and the access code is 5205245. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.