UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division

Oakley, Inc.

Plaintiff,

v.

Case No.: 1:21−cv−03836
Honorable Sharon Johnson Coleman

The Partnerships and Unincorporated Associations Identified on Schedule "A"

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 26, 2021:

MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone motion hearing held on 8/26/2021. Defendants did not appear nor contact the Court. The Court notes that defendant No. 30 boyandgirlfriend filed a response to plaintiff's motion to strike their response to the motion for preliminary injunction [39] pro se. Counsel for plaintiff reported that defendant did not reach out to them nor have they had any correspondence from defendant. The Court grants the motion and strikes defendant's response [38]. Plaintiff's motion for entry of a preliminary injunction [32] is granted. Enter Preliminary Injunction Order. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.