# Exhibit 1

Oakley, Inc. v. CKFON OUTDOOR CO.,LT D Store, et al. - Case No. 21-cv-3836

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | CKFON OUTDOOR CO.,LT D Store | 2 | liang jialiang's store |
| 3 | Ninth World Fitness shop Store | 4 | My Fitness Equipment Store |
| 5 | Aliqite Cycling Store | 6 | MARTIN-FOX Store |
| 7 | We Fun Store | 8 | NEENCA Store |
| 9 | 3 period Store | 10 | CoolMart Outdoor Store |
| 11 | Zichen Cycling Store | 12 | Uuyee Store |
| 13 | SNiMO Store | 14 | Rankin Store |
| 15 | VV fishing Store | 16 | up the heartbeat Store |
| 17 | Traveler's spring Store | 18 | Outdoor personof the shop Store |
| 19 | camping cycling Store | 20 | on the way outdoor Store |
| 21 | KKY-Online Store | 22 | YLY riding Store |
| 23 | Outdoor equipment experience Store | 24 | ruoyijiqiren |
| 25 | SXQWSY | 26 | GUOQIANH |
| 27 | HUIHUIGO | 28 | HOUAIHUA |
| 29 | Aislent | 30 | boyandgirlfriend |
| 31 | DAMAIWANGLUOKEJI | 32 | Cake Bubble |
| 33 | FuYiHeng | 34 | Live 4 Sports Store |
| 35 | goodoutdoors | 36 | ftiier |
| 37 | qianshu33 | 38 | sportoutdoor123 |
| 39 | childrendm | 40 | DISMISSED |
| 41 | DISMISSED | 42 | DISMISSED |
| 43 | ouyangouyang | 44 | radton.liga |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/1817326 | 2 | aliexpress.com/store/203953 |
| 3 | aliexpress.com/store/4658188 | 4 | aliexpress.com/store/910361079 |
| 5 | aliexpress.com/store/910439160 | 6 | aliexpress.com/store/910948005 |
| 7 | aliexpress.com/store/911355021 | 8 | aliexpress.com/store/911727067 |
| 9 | aliexpress.com/store/911761591 | 10 | aliexpress.com/store/911770668 |
| 11 | aliexpress.com/store/911792730 | 12 | aliexpress.com/store/911828351 |
| 13 | aliexpress.com/store/911835401 | 14 | aliexpress.com/store/911861104 |
| 15 | aliexpress.com/store/911883332 | 16 | aliexpress.com/store/911893198 |
| 17 | aliexpress.com/store/911928467 | 18 | aliexpress.com/store/911932522 |
| 19 | aliexpress.com/store/911936587 | 20 | aliexpress.com/store/911963003 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 21 | aliexpress.com/store/912063869 | 22 | aliexpress.com/store/912069790 |
| 23 | aliexpress.com/store/912142059 | 24 | amazon.com/sp?seller=A2HNNLWDM9LYUM |
| 25 | amazon.com/sp?seller=A2O4H5LZP8IXVN | 26 | amazon.com/sp?seller=A2WRCDPX44O1M5 |
| 27 | amazon.com/sp?seller=A3D4YZINSMIJ30 | 28 | amazon.com/sp?seller=A3GUI2YJO87L7H |
| 29 | amazon.com/sp?seller=A3J99DKIKIW1T6 | 30 | amazon.com/sp?seller=A3PIML6QMGKA12 |
| 31 | amazon.com/sp?seller=A9JHBGGM5FNL1 | 32 | amazon.com/sp?seller=A9LS0A53QPV4F |
| 33 | amazon.com/sp?seller=AV4JFNAUNSE1D | 34 | dhgate.com/store/20231890 |
| 35 | dhgate.com/store/20494958 | 36 | dhgate.com/store/20597197 |
| 37 | dhgate.com/store/21161092 | 38 | dhgate.com/store/21552471 |
| 39 | dhgate.com/store/21691145 | 40 | DISMISSED |
| 41 | DISMISSED | 42 | DISMISSED |
| 43 | ebay.com/usr/ouyangouyang | 44 | ebay.com/usr/radton.liga |