**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CKFON OUTDOOR CO.,LT D STORE, et al., <br><br> Defendants. | Case No. 21-cv-03836 <br><br> **Judge Sharon Johnson Coleman** <br><br> **Magistrate Judge Maria Valdez** |

**DECLARATION OF JUSTIN R. GAUDIO**

I, Justin R. Gaudio, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Oakley, Inc. ("Oakley" or "Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. I hereby certify that the Defaulting Defendants (as defined in the accompanying Memorandum) have failed to answer or otherwise plead in this action within the allotted time in violation of Federal Rule of Civil Procedure 12(a)(1)(A).

3. My office investigated the infringing activities of the Defaulting Defendants, including attempting to identify the registrant of each associated e-commerce stores operating under the Seller Aliases and its contact information. Our investigation confirmed that the Defaulting Defendants are primarily domiciled in China. As such, I am informed and believe that the Defaulting Defendants are not active-duty members of the U.S. armed forces.

4. The limited information provided by PayPal, Inc. ("PayPal"), Alipay, DHgate, and Amazon.com ("Amazon") for Defaulting Defendants indicates that the amount currently restrained in Defaulting Defendants' known financial accounts ranges from $0 - $29,279.

5. A breakdown by Defaulting Defendant of the amount currently restrained and Plaintiff's requested profit award is in the table below.

| Defaulting Defendant Seller Aliases | Amount Restrained | Requested Profit Award |
|---|---|---|
| 3 period Store | $16 | $250 |
| Aliqite Cycling Store | $57 | $250 |
| camping cycling Store | $0 | $250 |
| CKFON OUTDOOR CO.,LT D Store | $1 | $250 |
| CoolMart Outdoor Store | $1,767 | $1,767 |
| KKY-Online Store | $19 | $250 |
| liang jialiang's store | $18 | $250 |
| MARTIN-FOX Store | $292 | $292 |
| My Fitness Equipment Store | $112 | $250 |
| NEENCA Store | $14,229 | $14,229 |
| Ninth World Fitness shop Store | $62 | $250 |
| on the way outdoor Store | $465 | $465 |
| Outdoor equipment experience Store | $49 | $250 |
| Outdoor personof the shop Store | $51 | $250 |
| Rankin Store | $8 | $250 |
| SNiMO Store | $93 | $250 |
| Traveler's spring Store | $0 | $250 |
| up the heartbeat Store | $0 | $250 |
| Uuyee Store | $17 | $250 |
| VV fishing Store | $1,154 | $1,154 |
| We Fun Store | $483 | $483 |
| Zichen Cycling Store | $1 | $250 |
| YLY riding Store | $0 | $250 |
| Aislent | $2,150 | $2,150 |
| boyandgirlfriend | $29,279 | $29,279 |
| Cake Bubble | $801 | $801 |
| DAMAIWANGLUOKEJI | $272 | $272 |
| FuYiHeng | $153 | $250 |
| GUOQIANH | $0 | $250 |
| HOUAIHUA | $126 | $250 |
| HUIHUIGO | $0 | $250 |

| | | |
|---|---|---|
| ruoyijiqiren | $154 | $250 |
| SXQWSY | $3,706 | $3,706 |
| childrendm | $45 | $250 |
| ftiier | $657 | $657 |
| goodoutdoors | $23 | $250 |
| Live 4 Sports Store | $1,224 | $1,224 |
| qianshu33 | $155 | $250 |
| sportoutdoor123 | $0 | $250 |
| ouyangouyang | $1,189 | $1,189 |
| radton.liga | $0 | $250 |

6. **Exhibit 1** is an accurate copy of unpublished decisions cited in the corresponding Memorandum in Support of Plaintiff's Motion for Entry of Default and Default Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this the 16th day of September 2021 at Chicago, Illinois.

/s/ Justin R. Gaudio
Justin R. Gaudio
Counsel for Plaintiff Oakley, Inc.