IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., <br> Plaintiff, <br> V. <br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br> Defendants. | Case No. 21-cv-03836 |

# Motion To Reconsider Preliminary Injunction Order

Defendant Respectfully requests The Court reconsider The Preliminary Injunction Order**[DKT.43]**, Specific reasons are as follows:

**1.** Rule 60(b) of the Federal Rules of civil procedure provides "On motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for the following reasons:...(3) fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct by an opposing party;...".

In the present case, Plaintiff made misrepresentation in the hearing hold on August 26 that "...defendant did not reach out to them nor have they had any correspondence from defendant." **[DKT.42]**. In fact, Defendant had been reaching out to plaintiff, but plaintiff never replied to Defendant, Defendant at least used Email Account boyandgirlfriend@aliyun.com which is associated with the Amazon store to reach out to plaintiff's Counsel on August 16 (See **Exhibit 1)**. Defendant couldn't speak English and couldn't catch up with English listening, Defendant could only communicate through Email or Documents.

On the one hand, Plaintiff served legal documents to the defendant's email boyandgirlfriend@aliyun.com and claimed that service was effective, on the other hand, Plaintiff did not recognize or reply to the defendant's message from boyandgirlfriend@aliyun.com, Plaintiff's representation in the hearing violated the principle of Estoppel. The plaintiff shouldn't deny that it received correspondence from me.

**2.** In the Design Patent case, Defendant has disclosed in its Response**[DKT.38]** that Defendant sold only 11 accused products and obtained $98.78 (including purchased cost, profit and freight). The frozen amount is more than $29000, and the store has a large variety of goods irrelevant to this case to waiting to be sold. Defendant believes that Plaintiff has also obtained the same data provided by Amazon under the Temporary Injunction Order, however, the defendant still improperly continued to leverage the Injunction to stop the defendant's entire business

1

unrelated to accused products. So far, the loss of profits due to whole suspension of store operation has far exceeded the compensation that may be paid to the plaintiff.

3. So far, Defendant has been reaching out to defendant but Plaintiff still never responded. Defendant's loss has been increasing. Defendant has no sufficient relief except to submit this motion. Defendant is willing to directly pay a certain amount as deposit in good faith and hopes Plaintiff can contact the platform to release its store from Injunction.

**Therefore,** Defendant respectfully requests The Court reconsider and modify Preliminary Injunction Order.

Dated: September 22, 2021                                      **Respectfully Submitted**

/s/ 刘晓旭 (Liu Xiaoxu)

Email: xuandgirl@163.com
Address: 101, office building 8, Longxing Industrial Park, Guanlan street, Longhua District, Shenzhen
Phone Number: 133-1235-3840
Pro Se Litigant

| Defendant No | Store Name | Amazon ID | Operator |
|---|---|---|---|
| 30 | boyandgirlfriend | A3PIML6QMGKA12 | 刘晓旭（Liu Xiaoxu） |

**Exhibit 1**

1

