# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Oakley, Inc.

                      Plaintiff,

v.                                                                   Case No.: 1:21−cv−03836

                                                                      Honorable Sharon Johnson Coleman

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 24, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Telephone motion hearing held on 9/24/2021. Defendants did not appear nor contact the Court. Defendant boyandgirlfriend's motion to reconsider preliminary injunction order [51] is denied. Plaintiff's motion for entry of default and default judgment [45] is granted. Default judgment is entered in favor of plaintiff and against defendants identified on Schedule A. Enter Final Judgment Order. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.