IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OAKLEY, INC., <br><br> Plaintiff, <br><br> v. <br><br> CKFON OUTDOOR CO.,LT D STORE, et al., <br><br> Defendants. | Case No. 21-cv-03836 <br><br> **Judge Sharon Johnson Coleman** <br><br> **Magistrate Judge Maria Valdez** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Oakley, Inc. ("Plaintiff" or "Oakley") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (collectively, the "Seller Aliases"), and Plaintiff having moved for entry of Default and Default Judgment against the Seller Aliases (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Plaintiff a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products infringing directly and/or indirectly the following patented Oakley Design.

| Patent Number | Claim | Issue Date |
|---|---|---|
| D719,209 | | December 9, 2014 |



THIS COURT FURTHER FINDS that Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. offering for sale, selling, and importing any product not authorized by Oakley and that includes any reproduction, copy or colorable imitation of the design claimed in the Oakley Design;

    b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the Oakley Design; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon Oakley's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting

Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and Dhgate, (collectively, the "Third Party Providers") shall within ten (10) business days after receipt of such notice disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Oakley Design.

3. Pursuant to 35 U.S.C. § 289, Oakley is awarded profits from each of the Defaulting Defendants for infringing use of the Oakley Design on products sold through at least the Defaulting Defendants' Online Marketplaces according to the below chart:

| Defaulting Defendant Seller Aliases | Profit Award |
|---|---|
| 3 period Store | $250 |
| Aliqite Cycling Store | $250 |
| camping cycling Store | $250 |
| CKFON OUTDOOR CO.,LT D Store | $250 |
| CoolMart Outdoor Store | $1,767 |
| KKY-Online Store | $250 |
| liang jialiang's store | $250 |
| MARTIN-FOX Store | $292 |
| My Fitness Equipment Store | $250 |
| NEENCA Store | $14,229 |
| Ninth World Fitness shop Store | $250 |
| on the way outdoor Store | $465 |
| Outdoor equipment experience Store | $250 |
| Outdoor personof the shop Store | $250 |
| Rankin Store | $250 |
| SNiMO Store | $250 |
| Traveler's spring Store | $250 |
| up the heartbeat Store | $250 |
| Uuyee Store | $250 |
| VV fishing Store | $1,154 |
| We Fun Store | $483 |
| Zichen Cycling Store | $250 |
| YLY riding Store | $250 |

| | |
|---|---|
| Aislent | $2,150 |
| boyandgirlfriend | $29,279 |
| Cake Bubble | $801 |
| DAMAIWANGLUOKEJI | $272 |
| FuYiHeng | $250 |
| GUOQIANH | $250 |
| HOUAIHUA | $250 |
| HUIHUIGO | $250 |
| ruoyijiqiren | $250 |
| SXQWSY | $3,706 |
| childrendm | $250 |
| ftiier | $657 |
| goodoutdoors | $250 |
| Live 4 Sports Store | $1,224 |
| qianshu33 | $250 |
| sportoutdoor123 | $250 |
| ouyangouyang | $1,189 |
| radton.liga | $250 |

4. Oakley may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Dhgate, and Amazon Pay, by e-mail delivery to the e-mail addresses Oakley used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, Alipay, Alibaba, Ant Financial, DHgate, and Amazon Pay, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Dhgate, and Amazon Pay, are hereby released

to Oakley as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Dhgate, and Amazon Pay, are ordered to release to Oakley the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Oakley has recovered full payment of monies owed to it by any Defaulting Defendant, Oakley shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Dhgate, and Amazon Pay, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers, including PayPal, Alipay, Alibaba, Ant Financial, DHgate, and Amazon Pay, shall within ten (10) business days:

   a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Jason Groppe, and any e-mail addresses provided for Defaulting Defendants by third parties;

   b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

   c. release all monies, up to the above identified damages award, restrained in Defaulting Defendants' financial accounts to Oakley as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplaces or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental

proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Jason Groppe and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

This is a Final Judgment.

DATED: September 24, 2021

Sharon Johnson Coleman
United States District Judge

Oakley, Inc. v. CKFON OUTDOOR CO.,LT D Store, et al. - Case No. 21-cv-3836

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | CKFON OUTDOOR CO.,LT D Store | 2 | liang jialiang's store |
| 3 | Ninth World Fitness shop Store | 4 | My Fitness Equipment Store |
| 5 | Aliqite Cycling Store | 6 | MARTIN-FOX Store |
| 7 | We Fun Store | 8 | NEENCA Store |
| 9 | 3 period Store | 10 | CoolMart Outdoor Store |
| 11 | Zichen Cycling Store | 12 | Uuyee Store |
| 13 | SNiMO Store | 14 | Rankin Store |
| 15 | VV fishing Store | 16 | up the heartbeat Store |
| 17 | Traveler's spring Store | 18 | Outdoor personof the shop Store |
| 19 | camping cycling Store | 20 | on the way outdoor Store |
| 21 | KKY-Online Store | 22 | YLY riding Store |
| 23 | Outdoor equipment experience Store | 24 | ruoyijiqiren |
| 25 | SXQWSY | 26 | GUOQIANH |
| 27 | HUIHUIGO | 28 | HOUAIHUA |
| 29 | Aislent | 30 | boyandgirlfriend |
| 31 | DAMAIWANGLUOKEJI | 32 | Cake Bubble |
| 33 | FuYiHeng | 34 | Live 4 Sports Store |
| 35 | goodoutdoors | 36 | ftiier |
| 37 | qianshu33 | 38 | sportoutdoor123 |
| 39 | childrendm | 40 | DISMISSED |
| 41 | DISMISSED | 42 | DISMISSED |
| 43 | ouyangouyang | 44 | radton.liga |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/1817326 | 2 | aliexpress.com/store/203953 |
| 3 | aliexpress.com/store/4658188 | 4 | aliexpress.com/store/910361079 |
| 5 | aliexpress.com/store/910439160 | 6 | aliexpress.com/store/910948005 |
| 7 | aliexpress.com/store/911355021 | 8 | aliexpress.com/store/911727067 |
| 9 | aliexpress.com/store/911761591 | 10 | aliexpress.com/store/911770668 |
| 11 | aliexpress.com/store/911792730 | 12 | aliexpress.com/store/911828351 |
| 13 | aliexpress.com/store/911835401 | 14 | aliexpress.com/store/911861104 |
| 15 | aliexpress.com/store/911883332 | 16 | aliexpress.com/store/911893198 |
| 17 | aliexpress.com/store/911928467 | 18 | aliexpress.com/store/911932522 |
| 19 | aliexpress.com/store/911936587 | 20 | aliexpress.com/store/911963003 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 21 | aliexpress.com/store/912063869 | 22 | aliexpress.com/store/912069790 |
| 23 | aliexpress.com/store/912142059 | 24 | amazon.com/sp?seller=A2HNNLWDM9LYUM |
| 25 | amazon.com/sp?seller=A2O4H5LZP8IXVN | 26 | amazon.com/sp?seller=A2WRCDPX44O1M5 |
| 27 | amazon.com/sp?seller=A3D4YZINSMIJ30 | 28 | amazon.com/sp?seller=A3GUI2YJO87L7H |
| 29 | amazon.com/sp?seller=A3J99DKIKIW1T6 | 30 | amazon.com/sp?seller=A3PIML6QMGKA12 |
| 31 | amazon.com/sp?seller=A9JHBGGM5FNL1 | 32 | amazon.com/sp?seller=A9LS0A53QPV4F |
| 33 | amazon.com/sp?seller=AV4JFNAUNSE1D | 34 | dhgate.com/store/20231890 |
| 35 | dhgate.com/store/20494958 | 36 | dhgate.com/store/20597197 |
| 37 | dhgate.com/store/21161092 | 38 | dhgate.com/store/21552471 |
| 39 | dhgate.com/store/21691145 | 40 | DISMISSED |
| 41 | DISMISSED | 42 | DISMISSED |
| 43 | ebay.com/usr/ouyangouyang | 44 | ebay.com/usr/radton.liga |