UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Oakley, Inc.

Plaintiff,

v.

Case No.: 1:21−cv−03836
Honorable Sharon Johnson Coleman

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 13, 2021:

MINUTE entry before the Honorable Sharon Johnson Coleman: : The Court, in its discretion, denies defendant boyandgirlfriend's motion to vacate the default judgment [59] for failing to set forth extraordinary circumstances as required under Federal Rule of Civil Procedure 60(b), along with defendant's failure to show a meritorious defense to plaintiff's claims. Arwa Chiropractic v. Med−Car Diabetic, 961 F.3d 942, 949 (7th Cir. 2020). Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.